# CASE ANNOUNCEMENTS
*June 10, 2014*

[Cite as *06/10/2014 Case Announcements*, 2014-Ohio-2481.]

## MOTION AND PROCEDURAL RULINGS

**In re Johnson.**
On February 6, 2014, this court found Cinseree Johnson to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Johnson was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 27, 2014, Johnson presented a motion for leave to file an affidavit of disqualification.

It is ordered by the court that the motion for leave to file is denied.

**2013–1356.   State v. Neyland.**
Wood App. No. WD–12–014, 2013-Ohio-3065. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's pro se motion to withdraw counsel, it is ordered by the court that the motion is denied.

**2014–0311.   Larger v. Allen Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–4231. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Revision to implement settlement agreement, it is ordered by the court that the motion is granted and this cause is remanded to the Allen County Board of Revision to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

## MISCELLANEOUS DISMISSALS